UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, and others,<br><br>Defendants. | Case No. 15-cv-00920 NC<br><br>**ORDER RE: SETTLEMENT**<br><br>Re: Dkt. No. 30 |

The Court acknowledges the Notice of Settlement filed by plaintiff. The Court assumes that in light of the settlement, the defendants will withdraw their pending motion for summary judgment, with permission to refile it on December 24, 2015, if dismissal of the entire action is not filed by that date. If defendants wish to keep their summary judgment motion on calendar for December 9, they must file notice of their intention by November 12.

All other case deadlines remain in place until dismissal is ordered.

**IT IS SO ORDERED.**

Dated: November 11, 2015            _____
                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge

Case No. 15-cv-00920 NC