UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.15-cv-00920-NC<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On November 11, 2015, plaintiff informed the Court of settlement of this case, with a stipulated dismissal of the action to be filed within 45 days. Thus, the Court DENIES defendants' motion for summary judgment without prejudice, with permission to refile it on December 24, 2015 if dismissal of the entire action is not filed by that date. The Court CONTINUES the November 18 case management conference to December 30, 2015.

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-00920-NC