IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY; D'ARRIGO BROTHERS CO. OF CALIFORNIA; AND DOES 1- 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:15-CV-00920 NC<br><br>The Hon. Nathanael M. Cousins<br>Crtrm: 7<br><br>**ORDER RE: DISMISSAL OF COMPLAINT** |

Pursuant to stipulation of the parties, and **GOOD CAUSE APPEARING THEREFORE**, Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY's Complaint is dismissed with prejudice.

IT SO ORDERED.

Dated:  December 16, 2015

By: _____
The Hon. Nath...

*GRANTED*
Judge Nathanael M. Cousins

PIIC.4726\PLEADINGS\Stip re Dismissal ORDER　　　　1